### WALKER BIN CO. v. LEIBE.

#### (District Court, E. D. Louisiana.)

#### No. 13852.

PATENTS ⊙⇒328—VALIDITY AND INFRINGEMENT—TILTING BIN.
  The Walker patent, No. 614,279, for a pivoted or tilting bin especially designed for use in stores, *held* not anticipated, valid, and infringed.

In Equity. Suit by the Walker Bin Company against Magdaline Leibe, Jr., trading as the William Leibe Refrigerator Manufactory, for infringement of letters patent No. 614,279, for a tilting bin, issued to Edwin J. Walker November 15, 1898. On final hearing. Decree for complainant.

Decree affirmed in 225 Fed. 45, —— C. C. A. ——.

E. Howard Hunter, of Philadelphia, for complainant.

Charles A. Munn and T. Hart Anderson, both of New York City, for defendant.

FOSTER, District Judge. In this matter it appears that the complainant has invented a counterbalancing bin with the axis of oscillation at the front edge. It may be that the inventor obtained his idea of a swell-front bin that would counterbalance by the weight of its contents from articles already on the market, such as showcases; but it does not appear that any effected a combination of counterbalancing and pivoting, so as to anticipate complainant. In my opinion, he has invented a useful article, and the defendant's device is a clear infringement. The method of suspension adopted by the defendant is of little practical utility, aside from furnishing an axis of oscillation, and the fact that in operation the bin is pulled out of the casing an inch or two does not prevent its infringing.

⊙⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

There will be a decree as prayed for, perpetually enjoining the defendant, and the matter will be referred to a master to state an account and fix the measure of damages.